*In re* VANESSA VERGNE TORRES.

Número: 6630          *Resuelto:* 16 de noviembre de 1993

*Vanessa Vergne Torres, pro se.*

PER CURIAM: El 10 de febrero de 1993 emitimos resolución a los efectos siguientes:

Vista la Petición presentada por el Colegio de Abogados de Puerto Rico solicitando la Suspensión del Ejercicio de la Profe-

sión de Abogados por falta de pago de la cuota anual, se le concede a la Lic. Vanessa Vergne Torres un término de veinte (20) días, contados a partir de la notificación de esta resolución, para mostrar causa por la cual no debe ser suspendida del ejercicio de la abogacía. Se le apercibe que el incumplimiento con los términos de esta resolución conllevará la suspensión automática del ejercicio de la abogacía y podrá dar lugar a sanciones disciplinarias adicionales.

Como la licenciada Vergne no compareció, mediante Resolución de 30 de abril de 1993 le concedimos un término final de quince (15) días para cumplir con la Orden de 10 de febrero. Se le advirtió nuevamente que su incumplimiento conllevaría una suspensión automática del ejercicio de la abogacía. Esta resolución fue notificada personalmente al esposo de la querellada el 26 de mayo de 1993.

La licenciada Vergne compareció mediante moción el 8 de junio de 1993. Informó que desconocía la orden dictada el 10 de febrero y solicitó un término razonable para contestarla.

El 30 de junio emitimos resolución concediéndole a la licenciada Vergne treinta (30) días para contestar. Esta resolución fue notificada personalmente al esposo de la querellada el 8 de julio de 1993. La licenciada Vergne no contestó. Ordenamos entonces que se le notificara personalmente a la querellada; esto se hizo el 2 de septiembre de 1993. La querellada aún no ha contestado.

Hemos expresado que seremos rigurosos en los casos en que los abogados no contesten nuestras órdenes, luego de ser emplazados para ello. En el contexto de la notaría, afirmamos que:

Este Tribunal será estricto con los notarios que después de ser oportunamente notificados de su deficiencia en la fianza, hacen caso omiso a nuestras resoluciones. No estamos en disposición de tolerar esta clase de actitud por parte de los miembros de la profesión y en particular la de los notarios irresponsables que se niegan a reconocer la importancia de la fianza notarial. *In re Ribas Dominicci I*, 131 D.P.R. 491 (1992).

Por todo lo anterior, *se suspende indefinidamente del ejercicio de la abogacía a la Lcda. Vanessa Vergne Torres hasta tanto acredite su disposición de cumplir rigurosamente con nuestras órdenes y con las disposiciones de la Ley Núm. 43 de 14 de mayo de 1932 (4 L.P.R.A. sec. 771 et seq.),*[1] *y el Tribunal disponga lo que proceda en derecho.*

*Se dictará la sentencia correspondiente.*

El Juez Asociado Señor Rebollo López no intervino.

---

[1] En particular con sus Arts. 9 y 10 (4 L.P.R.A. secs. 780–781).